**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PTT, LLC, a Delaware Limited Liability Company d/b/a High 5 Games, <br><br> Plaintiff / Counterclaim Defendant, <br><br> v. <br><br> GIMME GAMES, et al., <br><br> Defendants. | Civil Action No.: 13-7161 (JLL) <br><br> **ORDER** |

**LINARES,** District Judge.

This matter comes before the Court by way of a motion to dismiss [CM/ECF No. 51] Plaintiff's Amended Complaint ("FAC") [CM/ECF No. 32] pursuant to Federal Rule of Civil Procedure 12(b)(6) by Defendants Gimme Games, an entity; Daniel Marks, an individual; Joseph Masci, an individual; Brian Kavanagh, an individual; Marks Studios, LLC, an entity; and Aristocrat Technologies, an entity; (collectively, "Defendant"). No oral argument was heard pursuant to Rule 78 of the Federal Rules of Civil Procedure. For the reasons set forth in the Court's corresponding Opinion dated November 6, 2014,

**IT IS** on this **6th day of November, 2014,**

**ORDERED** that the Defendant's motion to dismiss the induced infringement claim is granted. This claim is dismissed **without prejudice**. Plaintiffs may amend their Complaint to correct the pleading deficiencies **on or before December 6th, 2014**; and it is further

**ORDERED** that Defendant's motion to dismiss Plaintiffs claims for Trade Secret misappropriation, breach of contract, unfair competition, and direct patent infringement is **denied.**

**IT IS SO ORDERED.**

                                                                                             _____
                                                                                             Jose L. Linares
                                                                                             United States District Judge